Form FIN2

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Carmen Alvarez Benitez−Alvarez and Lourdes Liceth Valle−Bueso<br>  aka  Melo Benitez<br>  aka  ValleBueso<br>  fka  Benitez<br>      Debtor(s) | Case No.: 09−49808 LT 7<br><br>Chapter: 7 |

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

Each debtor did not file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management, Official Form 23 (Interim Rule of Bankruptcy Procedure 1007(b)(7)). Pursuant to 11 U.S.C. §§ 727, Official Form 23 MUST BE FILED by each debtor before a discharge can be entered for that individual debtor.

Notice is hereby given that failure to file the certification (Official Form 23) within 45 days of this notice may result in the case being closed without an entry of a discharge. If the debtor(s)subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) may be required to pay the full reopening fee due for filing the motion.

Dated: <u>1/29/10</u>

For the Court:

Gloria L. Franklin  
Clerk of Court  
United States Bankruptcy Court  
1300 Clay Street #300 (94612)  
Post Office Box 2070  
Oakland, CA 94604−2070