# Notice Recipients

District/Off: 0971–4         User: pwright              Date Created: 1/29/2010
Case: 09–49808               Form ID: FIN2              Total: 5

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak        USTPRegion17.OA.ECF@usdoj.gov
tr          Lois I. Brady       loisbrady@sbcglobal.net
aty         Patrick L. Forte    plforte@sonic.net

                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Carmen Alvarez Benitez–Alvarez        2111 Field Street     Antioch, CA 94509
jdb         Lourdes Liceth Valle–Bueso            2111 Field Street     Antioch, CA 94509

                    TOTAL: 2