PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed April 25, 2016

Attorneys for Debtors

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No: 09-49808 RLE |
| **CARMEN ALVAREZ BENITEZ-ALVAREZ and LOURDES LICETH VALLE-BUESO,** | Chapter 13 |
| Debtors. | **ORDER REOPENING CASE** |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion to Reopen Case, and good cause appearing;

**IT IS ORDERED** that the above captioned case be reopened and the automatic stay is reinstated. Upon the filing of the Financial Management Certificate the discharge of debtors shall be entered. If the Financial Management Certificate is not filed within 30 days of the entry of this order, the case shall be re-closed without further notice or hearing.

***END OF ORDER***

**COURT SERVICE LIST**

'No physical service required'